FILED

NOV 0 6 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JESUS HUMBERTO PEREZ ROBLEDO,<br>Defendant | Case No.: 26-CR-4096-TWR<br>**ORDER AND JUDGMENT OF DISMISSAL** |

Upon the motion of the United States, and pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the Indictment against Defendant in this case is dismissed without prejudice.

SO ORDERED AND ADJUDGED.

DATED: 11/6/26

HON. TODD W. ROBINSON
UNITED STATES DISTRICT JUDGE